IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CON-WAY FREIGHT, INC., <br><br> Defendant. | COMPLAINT <br><br> CIVIL ACTION NO. <br><br><br> JURY TRIAL DEMANDED |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and under Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Roberta M. Hollins, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("the Commission") alleges that Defendant, Con-way Freight, Inc., has engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C. § 2000e-2, by failing to hire Hollins for the position of "Customer Service Representative" at its Poplar Bluff, Missouri, facility because of her race, Black, as alleged with greater particularity in paragraph 7 in the "Statement of Claims" below.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Missouri, Eastern Division.

## PARTIES

3.      Plaintiff is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Con-way Freight, Inc., (here-in-after "Defendant') has continuously been a Delaware corporation doing business in the State of Missouri and the City of St. Louis, and has continuously had at least 15 employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Roberta M. Hollins filed a charge with the Commission alleging that Defendant had violated Title VII by failing to hire her for a position at its Poplar Bluff facility because of her race, Black.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since November  2006, Defendant has engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C. §2000e-2, by failing to hire Roberta M. Hollins for the position of "Customer Service Representative" because of her race, Black.  The

position was located at its Poplar Bluff, Missouri facility.  The decision to refuse to hire Hollins was made by Defendant's Regional Operations Manager located in St. Louis, Missouri.

       8.       The effect of the practices complained of in paragraph 7 above has been to deprive Hollins of equal employment opportunities and otherwise adversely affected her status as an applicant for employment because of her race.

       9.       The unlawful employment practices complained of in paragraph 7 above were and are intentional.

       10.       The unlawful employment practices complained of in paragraph 7 above were and are done with malice or with reckless indifference to the federally protected rights of Hollins, an African-American applicant for employment.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

       A.       Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from refusing to hire African-American applicants for employment because of their race, as alleged with greater particularity in paragraph 7 and any other employment practice that discriminates on the basis of race.

       B.       Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for African-Americans and which eradicate the effects of its past and present unlawful employment practices.

       C.       Order Defendant to make whole Roberta M. Hollins by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative

relief necessary to eradicate the effects of its unlawful employment practices, including rightful place instatement as a customer service representative.

  D. Order Defendant to make whole Roberta M. Hollins by providing her compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional distress, pain and suffering, inconvenience, loss of enjoyment of life, mental anguish, and humiliation, in amounts to be determined at trial.

  E. Order Defendant to pay Roberta M. Hollins, punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

         Respectfully submitted,

         RONALD COOPER
         General Counsel

         JAMES L. LEE
         Deputy General Counsel

         GWENDOLYN YOUNG REAMS
         Associate General Counsel

/s/ JEAN P. KAMP
JEAN P. KAMP
Acting Regional Attorney


/s/ C. FELIX MILLER
C. FELIX MILLER,  No. 10549
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
Robert A. Young Federal Bldg.
1222 Spruce, Room 8.100
St. Louis, MO  63103
314-539-7949
fax: 314-539-7895