UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) No. 4:07-CV-1638 (CEJ) ) |
| ROBERTA M. HOLLINS, | ) ) |
| Plaintiff-Intervenor, | ) ) ) |
| vs. | ) ) |
| CON-WAY FREIGHT, INC., | ) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Con-Way Freight, Inc., and against plaintiff Equal Employment Opportunity Commission and plaintiff-intervenor Roberta M. Hollins.

Plaintiff and plaintiff-intervenor shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2009.